IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff, | )<br>)<br>) |
| vs. | )　CASE NO. 1:12CR88-002<br>)　(Financial Litigation Unit) |
| BRADLEY DALE ADKINS,<br>　　　　　Defendant, | )<br>)<br>) |
| and | )<br>) |
| RPM INDUSTRIAL COATING<br>GROUP INC.,<br>　　　　　Garnishee. | )<br>) |

## ORDER

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 133) is **GRANTED**, and the Order of Continuing Garnishment (Doc. 132) against Defendant Bradley Dale Adkins is **TERMINATED.**

Signed: May 26, 2023

W. Carleton Metcalf
United States Magistrate Judge